MASONE CONSTRUCTION CO., INC., Respondent, v. VINCENT CRAFA and NICOLINA CRAFA, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WILLIAM J. McDERMOTT, Appellant, v. CHRISTIAN EARING, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ROBERT A. McKEON, Plaintiff, v. PETER SMITH, Appellant; MAUE OIL COMPANY, INC., and RICHFIELD OIL CORPORATION, Defendants; HERBERT C. GERLACH, Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. [See ante, p. 745.]

MENDELSON-SILVERMAN, INC., Appellant, v. MALCO TRADING CORPORATION, Respondent, and Others, Defendants.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

FREDERICK N. McLELLAN, as Administrator, etc., of MARGARET D. McLELLAN, Deceased, Respondent, v. HAROLD A. Mooz, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CHARLES L. MECKENBERG, as Trustee in Bankruptcy of the Estate of SAM SCHEINBLUM BUILDING CORPORATION, Appellant, v. T. H. FRASER MORTGAGE CORPORATION and FAIRFIELD HOMES, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY A. NACCASH, Respondent, v. HILDANSID REALTY CORPORATION and Others, Defendants; LOUIS SUMMERS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY A. NACCASH, Appellant, v. HILDANSID REALTY CORPORATION and Others, Defendants; SIDONIA SUMMERS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CHRIST PALAMIDES, Appellant, v. DAVID VON GELDER and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PEENE'S WHARF CORPORATION, Respondent, v. THE CITY OF YONKERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.